# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

143303 & (33)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SANDEEP SOHAL,
      Plaintiff-Appellant,

v

      SC: 143303
      COA: 295557
      Court of Claims: 09-000094-MK

MICHIGAN STATE UNIVERSITY BOARD
OF TRUSTEES and DAVOREN CHICK, M.D.,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

Clerk

p1017